Argued January 25, affirmed January 25, 1972

STATE OF OREGON, *Respondent, v.* ALBERT
CARL GARDNER (No. 25760), *Appellant.*

492 P2d 832

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Walter L. Barrie,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and
Fort, Judges.

AFFIRMED FROM THE BENCH.